# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:01CR273 |
| Plaintiffs, | |
| vs. | ORDER |
| JOSE LUIS MONARREZ-CANO, | |
| Defendant. | |

Defendant Jose Luis Monarrez-Cano appeared before the court on December 16, 2015 on a Petition for Offender Under Supervision [260]. The defendant was represented by Retained attorney, James M. Davis, and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. Through his counsel, the defendant waived his right to a detention hearing. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger, the court finds the defendant has failed to carry his burden and that he should be detained. A Preliminary Hearing was scheduled for March 31, 2016. At that time, the defendant waived his right to a probable cause hearing on the Petition for Offender Under Supervision [260] pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on May 18, 2016 at 8:30 a.m. Defendant must be present in person.

2. The defendant, Jose Luis Monarrez-Cano, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 31st day of March, 2016

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge